

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00404-CR

Javon Donte **DUKES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR4694
Honorable Maria Teresa Herr, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's June 5, 2012, order is AFFIRMED.

SIGNED April 24, 2013.

_____
Luz Elena D. Chapa, Justice